UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABEBE OSHORIAMHE SAMSON,

        Petitioner,                            Civil No. 17-10405
                                             Hon. GEORGE CARAM STEEH
v.                                                 Mag. Judge MONA K. MAJZOUB

DIRECTOR, BUREAU OF IMMIGRATION
and CUSTOMS ENFORCEMENT,

        Respondent.
_____/

## ORDER VACATING STAY OF REMOVAL

In this action for writ of habeas corpus challenging petitioner's post-removal-order detention, the Court entered an order staying petitioner's removal pending further order of the Court. The Court allowed respondent, for good cause shown, to move to vacate the stay. Respondent filed a motion demonstrating that petitioner's removal is imminent, which constitutes good cause for vacation of the stay.

Accordingly, **IT IS ORDERED** that the stay of removal imposed on March 28, 2017, is **VACATED**.

                                                                s/George Caram Steeh
                                                                 GEORGE CARAM STEEH
Dated: April 14, 2017                           United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 14, 2017, by electronic and/or ordinary mail and also on Abebe Oshoriamhe Samson #161249, St. Clair County Jail 1170 Michigan Rd., Port Huron, MI 48060.

s/Barbara Radke
Deputy Clerk