UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABEBE OSHORIAMHE SAMSON,

        Petitioner,

v.

        Civil No. 17-10405
        Hon. GEORGE CARAM STEEH
        Mag. Judge MONA K. MAJZOUB

DIRECTOR, BUREAU OF IMMIGRATION
and CUSTOMS ENFORCEMENT,

        Respondent.
_____/

## ORDER GRANTING RESPONDENT'S MOTION FOR DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS FOR MOOTNESS

Petitioner filed this action for writ of habeas corpus, challenging his continued detention pending enforcement of his removal order as unlawful. Respondent has provided evidence that petitioner was removed from the United States on April 26, 2017.

Accordingly, respondent's Motion for Dismissal of Petition for Writ of Habeas Corpus for Mootness is **GRANTED**. The petition is **DISMISSED AS MOOT**.

                                                GEORGE CARAM STEEH
                                                United States District Judge

Dated: 5-23-17